**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Jason Wayne McBride v. The State of Texas

Appellate case number:   01-17-00528-CR

Trial court case number:  CR2016-008

Trial court:                      390th Judicial District Court of Travis County


Appellant Jason Wayne McBride's motion for rehearing is **denied.**


Justice's signature:  /s/ Jane Bland
                                  Acting for the Court


Panel consists of Justices Bland, Lloyd, and Caughey


Date:  July 12, 2018